## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

**ABDELA SHARIF**                                    **CIVIL ACTION**

**VERSUS**                                                  **NO. 23-2334**

**TAYLOR SCOTT ADAM, ET AL.**              **SECTION: D (2)**

### CONDITIONAL ORDER OF DISMISSAL

The Court, having been advised by the Magistrate Judge following an email sent by counsel that the parties to this action have reached a settlement of all claims (R. Doc. 24);

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without costs and **WITHOUT PREJUDICE** to the right, upon good cause shown, to reopen the action if settlement is not consummated within a reasonable time. The Court retains jurisdiction to enforce the compromise agreed upon by the parties.

New Orleans, Louisiana, March 13, 2024.

_____

**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**