## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**ABDELA SHARIF**                                    **CIVIL ACTION**

**VERSUS**                                           **NO. 23-2334**

**TAYLOR SCOTT ADAM, ET AL.**                        **SECTION: D (2)**

## ORDER OF DISMISSAL

Considering the Joint Motion to Dismiss With Prejudice (R. Doc. 26);

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that this civil action is **DISMISSED, WITH PREJUDICE**.

New Orleans, Louisiana, April 15, 2024.

**WENDY B. VITTER**
**United States District Judge**